DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARYN MCGREGOR,**
Appellant,

v.

**LVNV FUNDING LLC,**
Appellee.

No. 4D2023-1416

[March 14, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 562022SC004313.

Caryn McGregor, Port St. Lucie, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***